**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PLEASANT,  et al                                             *

    Plaintiffs                                          *  Case No.:  1:93-cv-03128

v.                                                          *

AC&S, INC., et al                                            *

    Defendants                                        *

      *    *    *    *    *    *    *    *    *    *    *

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

      1.      Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike their appearance, and complied with Local Rule 101 in moving to strike their appearance; and,

      2.      Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate notice of its motion, including to the defendant ACandS, Inc.

      THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford, Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

                                        _____

                                        District Judge