IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: PERSONAL INJURY ASBESTOS LITIGATIOJN (VI) | * |

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| This Document Relates to: | * |
| <u>Westinghouse Electric Corporation</u> | *   MDL Docket No. 875 |
| (See attached Schedule A for case list) | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCES

Thomas L. Crowe and Morton A,. Sacks, hereby move pursuant to Local Rule 101 to withdraw their appearances entered on behalf of CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a/ Westinghouse Electric Corporation, for all matters listed on the attached Schedule A.

In support of their Motion, Movants aver that Edward F. Houff, Esquire and Philip A. Kulinski, Esquire of Evert | Weathersby | Houff have previously entered their appearances in this case on behalf of the client in question and its predecessors in each of the cases listed on the attached Schedule A.

Respectfully submitted,

_____/s/_____
Thomas L. Crowe
Law Offices of Thomas L. Crowe
The World Trade Center, Ste. 1622
401 East Pratt Street
Baltimore, MD. 21202
(410) 685-9428

_____/s/_____
Morton A. Sacks
303 Viewing Avenue
Linthicum, MD. 21090
(410) 850-5003

## CERTIFICATE OF SERVICE

I hereby certify this 8th day of November, 2006, that I caused the foregoing Motion to Withdraw Appearances with a proposed Order to be electronically filed and served on counsel of record pursuant to Fed. R. Civ. Procedure 5.

_____/s/_____
Thomas L. Crowe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: PERSONAL INJURY   \*
  ASBESTOS LITIGATION (VI)
                                     \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

This Document Relates to:   \*

Westinghouse Electric Corporation   \*   MDL Docket No. 875

(See attached Schedule A to accompanying   \*
Motion to Withdraw for case list)
                                   \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

Upon consideration of the foregoing Motion to Withdraw Appearances, it is

**ORDERED** that the Motion of Thomas L. Crowe and Morton A. Sacks is **GRANTED** and that their appearances be, and the same hereby are, **STRICKEN** as counsel in all cases listed on Schedule A attached to their Motion.

Dated: November \_\_\_\_, 2006          _____
                                             UNITED STATES DISTRICT JUDGE

## SCHEDULE A

| PARTY | CASE NO. |
|---|---|
| PACK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03011 |
| TAYLOR, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03012 |
| KEEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03013 |
| ISAAC, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03014 |
| GAST, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03015 |
| ANKENY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03016 |
| BROWN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03017 |
| HAMILTON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03018 |
| JUARASCIO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03019 |
| MARTZ, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03020 |
| HOWARD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03021 |
| THOMAS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03022 |
| AIKEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03023 |
| BOLES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03024 |
| BROADWATER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03025 |
| BURNS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03026 |
| CLEMSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03027 |
| DAVIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03028 |
| DORSEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03029 |
| GORI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03030 |
| HANSSEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03031 |
| HEMLING, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03032 |
| HOWARD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03033 |
| KLIMOVITZ, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03034 |
| MECHLINSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03035 |
| MENEAR, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03036 |
| PAYNE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03037 |
| PRICE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03039 |
| SMITH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03040 |
| WAGNER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03041 |
| WASHINGTON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03042 |
| WEST, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03043 |
| WHITAKER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03044 |
| WHITE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03045 |
| WILEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03046 |
| WILSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03047 |
| POWELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03048 |
| ANDERS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03049 |
| ARMSTEAD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03050 |
| BARBORKA, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03051 |

| | |
|---|---|
| EDENTON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03052 |
| FERANDES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03053 |
| FREYER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03054 |
| GAZETTE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03055 |
| GREEK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03056 |
| HARTMAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03057 |
| HODGE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03058 |
| HOPSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03059 |
| HUYBERT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03060 |
| MILLER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03061 |
| NEUGENT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03062 |
| NOVAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03063 |
| PARKER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03064 |
| ROZANSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03065 |
| SWIGON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03066 |
| TAYLOR, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03067 |
| TELAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03068 |
| WATSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03069 |
| HUMPHREYS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03070 |
| ARRAS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03071 |
| AHRENS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03072 |
| COLEMAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03073 |
| COUSLIN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03074 |
| DAWKINS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03075 |
| DIMARTINO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03076 |
| FORD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03077 |
| FOSTER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03078 |
| HERBERT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03079 |
| HOWARD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03080 |
| HURT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03081 |
| JAMITIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03082 |
| JOHNSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03083 |
| JONES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03084 |
| JONES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03085 |
| NOLAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03087 |
| OLIVER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03088 |
| RICHARDSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03089 |
| RUSSO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03090 |
| SANDERS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03091 |
| SARAPIK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03092 |
| WHITE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03093 |
| WINKLER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03094 |
| WYNDER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03095 |
| YORI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03096 |
| AMOS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03097 |

| Case | Number |
|---|---|
| BAUMANN, et al., v. A C&S, Inc., et al. | 1:93-cv-03098 |
| CHURCH, et al., v. A C&S, Inc., et al. | 1:93-cv-03099 |
| DOTSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03100 |
| FOSTER, et al., v. A C&S, Inc., et al. | 1:93-cv-03101 |
| GUBOSH, et al., v. A C&S, Inc., et al. | 1:93-cv-03102 |
| MCKENZIE, et al., v. A C&S, Inc., et al. | 1:93-cv-03103 |
| MEDVIDOVICH, et al., v. A C&S, Inc., et al. | 1:93-cv-03104 |
| PRITCHETT, et al., v. A C&S, Inc., et al. | 1:93-cv-03105 |
| PAYNE, et al., v. A C&S, Inc., et al. | 1:93-cv-03106 |
| SAMS, et al., v. A C&S, Inc., et al. | 1:93-cv-03107 |
| SHARPLESS, et al., v. A C&S, Inc., et al. | 1:93-cv-03108 |
| THOMAS, et al., v. A C&S, Inc., et al. | 1:93-cv-03109 |
| THORNHILL, et al., v. A C&S, Inc., et al. | 1:93-cv-03110 |
| ACKWITH, et al., v. A C&S, Inc., et al. | 1:93-cv-03111 |
| ALAWAT, et al., v. A C&S, Inc., et al. | 1:93-cv-03112 |
| DOERER, et al., v. A C&S, Inc., et al. | 1:93-cv-03113 |
| FISCHER, et al., v. A C&S, Inc., et al. | 1:93-cv-03114 |
| FRASER, et al., v. A C&S, Inc., et al. | 1:93-cv-03115 |
| GRIFFITH, et al., v. A C&S, Inc., et al. | 1:93-cv-03116 |
| JACOBS, et al., v. A C&S, Inc., et al. | 1:93-cv-03117 |
| CHRISTOPHER, et al., v. A C&S, Inc., et al. | 1:93-cv-03118 |
| COLEMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03119 |
| CROSSETT, et al., v. A C&S, Inc., et al. | 1:93-cv-03120 |
| EDISTON, et al., v. A C&S, Inc., et al. | 1:93-cv-03121 |
| HAIRFIELD, et al., v. A C&S, Inc., et al. | 1:93-cv-03122 |
| LOUGH, et al., v. A C&S, Inc., et al. | 1:93-cv-03123 |
| MCCOY, et al., v. A C&S, Inc., et al. | 1:93-cv-03124 |
| MCKINNEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03125 |
| MICKEALUNIS, et al., v. A C&S, Inc., et al. | 1:93-cv-03126 |
| PALCHER, et al., v. A C&S, Inc., et al. | 1:93-cv-03127 |
| PLEASANT, et al., v. A C&S, Inc., et al. | 1:93-cv-03128 |
| PUGH, et al., v. A C&S, Inc., et al. | 1:93-cv-03129 |
| SARADIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03130 |
| STANIEWSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03131 |
| SZIMANSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03132 |
| WARFIELD, et al., v. A C&S, Inc., et al. | 1:93-cv-03133 |
| WOODS, et al., v. A C&S, Inc., et al. | 1:93-cv-03134 |
| HEARD, et al., v. A C&S, Inc., et al. | 1:93-cv-03135 |
| BAILEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03136 |
| BARNES, et al., v. A C&S, Inc., et al. | 1:93-cv-03137 |
| BARTOCK, et al., v. A C&S, Inc., et al. | 1:93-cv-03138 |
| BINGAMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03139 |
| BIRCH, et al., v. A C&S, Inc., et al. | 1:93-cv-03140 |
| BREEDEN, et al., v. A C&S, Inc., et al. | 1:93-cv-03141 |
| BREEDEN, et al., v. A C&S, Inc., et al. | 1:93-cv-03142 |

| | |
|---|---|
| COCKRELL, et al., v. A C&S, Inc., et al. | 1:93-cv-03143 |
| COLLACCHI, et al., v. A C&S, Inc., et al. | 1:93-cv-03144 |
| DIETER, et al., v. A C&S, Inc., et al. | 1:93-cv-03145 |
| DOEMLING, et al., v. A C&S, Inc., et al. | 1:93-cv-03146 |
| FLOYD, et al., v. A C&S, Inc., et al. | 1:93-cv-03147 |
| GULDAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03148 |
| HAMER, et al., v. A C&S, Inc., et al. | 1:93-cv-03149 |
| HECK, et al., v. A C&S, Inc., et al. | 1:93-cv-03150 |
| IZDEBSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03151 |
| JONES, et al., v. A C&S, Inc., et al. | 1:93-cv-03152 |
| MCCULLOUGH, et al., v. A C&S, Inc., et al. | 1:93-cv-03153 |
| MCQUADE, et al., v. A C&S, Inc., et al. | 1:93-cv-03154 |
| NEWMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03155 |
| OGLE, et al., v. A C&S, Inc., et al. | 1:93-cv-03156 |
| PRYOR, et al., v. A C&S, Inc., et al. | 1:93-cv-03157 |
| TANNER, et al., v. A C&S, Inc., et al. | 1:93-cv-03158 |
| TILL, et al., v. A C&S, Inc., et al. | 1:93-cv-03159 |
| VENABLE, et al., v. A C&S, Inc., et al. | 1:93-cv-03160 |
| WIOSKOWSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03161 |
| BLUNT, et al., v. A C&S, Inc., et al. | 1:93-cv-03162 |
| BROWN, et al., v. A C&S, Inc., et al. | 1:93-cv-03163 |
| BRYANT, et al., v. A C&S, Inc., et al. | 1:93-cv-03164 |
| CLEVENGER, et al., v. A C&S, Inc., et al. | 1:93-cv-03165 |
| CORBIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03166 |
| COUPLING, et al., v. A C&S, Inc., et al. | 1:93-cv-03167 |
| GALLIA, et al., v. A C&S, Inc., et al. | 1:93-cv-03168 |
| GROSS, et al., v. A C&S, Inc., et al. | 1:93-cv-03169 |
| DILL, et al., v. A C&S, Inc., et al. | 1:93-cv-03170 |
| HUNTER, et al., v. A C&S, Inc., et al. | 1:93-cv-03171 |
| JOHNSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03172 |
| WEBER, et al., v. A C&S, Inc., et al. | 1:93-cv-03173 |
| MARCOMIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03174 |
| MOBLEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03175 |
| MOORE, et al., v. A C&S, Inc., et al. | 1:93-cv-03176 |
| NIZER, et al., v. A C&S, Inc., et al. | 1:93-cv-03177 |
| OTTO, et al., v. A C&S, Inc., et al. | 1:93-cv-03178 |
| PAIGE, et al., v. A C&S, Inc., et al. | 1:93-cv-03179 |
| PALMER, et al., v. A C&S, Inc., et al. | 1:93-cv-03180 |
| PARKER, et al., v. A C&S, Inc., et al. | 1:93-cv-03181 |
| PEARSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03182 |
| STRAUSSER, et al., v. A C&S, Inc., et al. | 1:93-cv-03183 |
| TAYLOR, et al., v. A C&S, Inc., et al. | 1:93-cv-03184 |
| WINIECKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03185 |
| ABBOTT, et al., v. A C&S, Inc., et al. | 1:93-cv-03186 |
| BARNES, et al., v. A C&S, Inc., et al. | 1:93-cv-03187 |

| | |
|---|---|
| BATES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03188 |
| BAYLISS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03189 |
| BERRY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03190 |
| BRAMBLE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03191 |
| BRILEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03192 |
| BUIE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03193 |
| BURTON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03194 |
| CALDWELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03195 |
| CANNADAY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03196 |
| CARTER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03197 |
| DAKOS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03198 |
| DODD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03199 |
| EI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03200 |
| EMERSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03201 |
| GAINEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03202 |
| GADDY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03203 |
| GREEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03204 |
| GOUGH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03205 |
| HARRIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03206 |
| HENRY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03207 |
| HEWELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03208 |
| HICKS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03209 |
| FORD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03210 |
| HOWZE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03211 |
| JACKSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03212 |
| JANOWIAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03213 |
| JOHNSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03214 |
| KARZAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03215 |
| KENNEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03216 |
| KURSCH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03217 |
| LAZZERI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03218 |
| LUBINSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03219 |
| MEREDITH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03220 |
| MILLS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03221 |
| MORRIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03222 |
| MULKEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03223 |
| OWENS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03224 |
| PYLE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03225 |
| REDMOND, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03226 |
| RITTER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03227 |
| ROARK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03228 |
| ROBBINS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03229 |
| SATTERFIELD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03230 |
| SAUNDERS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03231 |
| SHROPSHIRE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03232 |

| | |
|---|---|
| SNYDER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03233 |
| THOMAS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03234 |
| TOMCZEWSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03235 |
| VALENTINE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03236 |
| WALKER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03237 |
| YONGUE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03238 |
| WALCHLI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03239 |
| CROOKS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03240 |
| JOHNSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03241 |
| PAYNE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03242 |
| STATON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03243 |
| CROSSETT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03244 |
| ANDERSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03245 |
| ARKINS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03246 |
| ASHBY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03247 |
| BOYD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03248 |
| BURKE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03249 |
| CARTER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03250 |
| DENHAM, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03251 |
| DOZIER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03252 |
| EMILE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03253 |
| EVELYN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03254 |
| FAUST, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03255 |
| FREEMAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03256 |
| GUMP, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03257 |
| GWINN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03258 |
| HALL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03259 |
| HAYES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03260 |
| HICKS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03261 |
| HINES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03262 |
| HOLLAND, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03263 |
| HUNCHER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03264 |
| KNIGHT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03265 |
| KRZYSCO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03266 |
| LEGGE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03267 |
| MCDANIEL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03268 |
| MCFADDEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03269 |
| MITCHELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03270 |
| MOGUSH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03271 |
| MUDGETT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03272 |
| MURRAY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03273 |
| SIMPSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03274 |
| BATCHELOR, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03275 |
| MURRAY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03276 |
| PHILPOT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03277 |

| Case | Number |
|---|---|
| POLLARD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03278 |
| POPE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03279 |
| SCHNITZKER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03280 |
| SMITH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03281 |
| STOKES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03282 |
| TURNER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03283 |
| WYCHE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03284 |
| AUXIER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03285 |
| BEAM, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03286 |
| COCHRAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03287 |
| CUSHING, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03288 |
| GILMORE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03289 |
| GLODEK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03290 |
| HENKEL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03292 |
| HILDEBRAND, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03293 |
| HULL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03294 |
| LENNON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03295 |
| MARINO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03296 |
| NOVAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03297 |
| RILEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03298 |
| ROCHE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03299 |
| ROUNDTREE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03300 |
| SOLOMON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03301 |
| STRINE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03302 |
| SWISHER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03303 |
| VERDIER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03304 |
| ABBOTT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03305 |
| CONNORS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03306 |
| COOKSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03307 |
| CRAMER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03308 |
| GREGORY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03309 |
| GRUBOWSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03310 |
| HICKS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03311 |
| JOHNS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03312 |
| JOHNSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03313 |
| LINDSAY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03314 |
| MATHENY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03315 |
| MCCULLOUGH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03316 |
| MCNEW, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03317 |
| MELLO, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03318 |
| PHELPS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03319 |
| PHELPS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03320 |
| SAUBLE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03321 |
| SCHMITH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03322 |
| SMITH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03323 |

| | |
|---|---|
| SZYMUSIAK, et al., v. A C&S, Inc., et al. | 1:93-cv-03324 |
| TAYLOR, et al., v. A C&S, Inc., et al. | 1:93-cv-03325 |
| TOMBLIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03326 |
| WALLACE, et al., v. A C&S, Inc., et al. | 1:93-cv-03327 |
| WATT, et al., v. A C&S, Inc., et al. | 1:93-cv-03328 |
| WILKINS, et al., v. A C&S, Inc., et al. | 1:93-cv-03329 |
| WINDES, et al., v. A C&S, Inc., et al. | 1:93-cv-03330 |
| ANDERSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03331 |
| CHESLEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03332 |
| COOPER, et al., v. A C&S, Inc., et al. | 1:93-cv-03333 |
| FORMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03334 |
| FOX, et al., v. A C&S, Inc., et al. | 1:93-cv-03335 |
| GENTRY, et al., v. A C&S, Inc., et al. | 1:93-cv-03336 |
| PRICE, et al., v. A C&S, Inc., et al. | 1:93-cv-03337 |
| MILLER, et al., v. A C&S, Inc., et al. | 1:93-cv-03338 |
| GOLES, et al., v. A C&S, Inc., et al. | 1:93-cv-03339 |
| CROSS, et al., v. A C&S, Inc., et al. | 1:93-cv-03340 |
| BROWN, et al., v. A C&S, Inc., et al. | 1:93-cv-03341 |
| ROBERTS, et al., v. A C&S, Inc., et al. | 1:93-cv-03342 |
| ROBLE, et al., v. A C&S, Inc., et al. | 1:93-cv-03343 |
| SHORES, et al., v. A C&S, Inc., et al. | 1:93-cv-03344 |
| SYLVIA, et al., v. A C&S, Inc., et al. | 1:93-cv-03345 |
| WASHINGTON, et al., v. A C&S, Inc., et al. | 1:93-cv-03346 |
| BLACK, et al., v. A C&S, Inc., et al. | 1:93-cv-03347 |
| BRIDGES, et al., v. A C&S, Inc., et al. | 1:93-cv-03348 |
| BROOKS, et al., v. A C&S, Inc., et al. | 1:93-cv-03349 |
| BRYANT, et al., v. A C&S, Inc., et al. | 1:93-cv-03350 |
| CORDIAL, et al., v. A C&S, Inc., et al. | 1:93-cv-03351 |
| DAFFRON, et al., v. A C&S, Inc., et al. | 1:93-cv-03352 |
| ESSEL, et al., v. A C&S, Inc., et al. | 1:93-cv-03353 |
| FRITZ, et al., v. A C&S, Inc., et al. | 1:93-cv-03354 |
| GRESHAM, et al., v. A C&S, Inc., et al. | 1:93-cv-03355 |
| HANSEN, et al., v. A C&S, Inc., et al. | 1:93-cv-03356 |
| HEATH, et al., v. A C&S, Inc., et al. | 1:93-cv-03357 |
| JOHNSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03358 |
| JONES, et al., v. A C&S, Inc., et al. | 1:93-cv-03359 |
| JORDAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03360 |
| KRIDENOFF, et al., v. A C&S, Inc., et al. | 1:93-cv-03361 |
| LIPTRAP, et al., v. A C&S, Inc., et al. | 1:93-cv-03362 |
| MAITH, et al., v. A C&S, Inc., et al. | 1:93-cv-03363 |
| MANLEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03364 |
| MARNER, et al., v. A C&S, Inc., et al. | 1:93-cv-03365 |
| MCCULLOH, et al., v. A C&S, Inc., et al. | 1:93-cv-03366 |
| MOROTTI, et al., v. A C&S, Inc., et al. | 1:93-cv-03367 |
| MYERS, et al., v. A C&S, Inc., et al. | 1:93-cv-03368 |

| | |
|---|---|
| PASCHALL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03369 |
| RAMSEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03370 |
| BURRELL-HARCUM, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03371 |
| RUTKOWSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03372 |
| SANDERS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03373 |
| SCHNEIDER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03374 |
| BROWN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03375 |
| BROWN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03376 |
| CLARK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03377 |
| COOPER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03378 |
| CULLUM, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03379 |
| GIORGAKIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03380 |
| GLEASON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03381 |
| HAIRFIELD, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03382 |
| HARRIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03383 |
| HICKEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03384 |
| HILL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03385 |
| KELCH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03386 |
| LONSCAK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03387 |
| LOUKONER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03388 |
| HARPER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03389 |
| MITCHELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03390 |
| PERRY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03391 |
| POIST, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03392 |
| POWELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03393 |
| PROSSER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03394 |
| QUINN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03395 |
| SCHOENER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03396 |
| SCOTT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03397 |
| SIPEREK, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03398 |
| SLATER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03399 |
| TILLERY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03400 |
| TSAMPICOS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03401 |
| TSAMPIKOS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03402 |
| VINES, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03403 |
| WILKERSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03404 |
| WILSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03405 |
| WOODY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03406 |
| WRIGHT, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03407 |
| XENAKIS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03408 |
| ALSTON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03409 |
| BARDEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03410 |
| BROWN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03411 |
| CIESIELSKI, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03412 |
| COLEIANNE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03413 |

| | |
|---|---|
| COOSENBERRY, et al., v. A C&S, Inc., et al. | 1:93-cv-03414 |
| COVINGTON, et al., v. A C&S, Inc., et al. | 1:93-cv-03415 |
| FISHER, et al., v. A C&S, Inc., et al. | 1:93-cv-03416 |
| FROST, et al., v. A C&S, Inc., et al. | 1:93-cv-03417 |
| GRAVELS, et al., v. A C&S, Inc., et al. | 1:93-cv-03418 |
| HAUFF, et al., v. A C&S, Inc., et al. | 1:93-cv-03419 |
| HEATH, et al., v. A C&S, Inc., et al. | 1:93-cv-03420 |
| KANE, et al., v. A C&S, Inc., et al. | 1:93-cv-03421 |
| KASPER, et al., v. A C&S, Inc., et al. | 1:93-cv-03422 |
| KENNEDY, et al., v. A C&S, Inc., et al. | 1:93-cv-03423 |
| LATHROUM, et al., v. A C&S, Inc., et al. | 1:93-cv-03424 |
| JOHNSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03425 |
| JONES, et al., v. A C&S, Inc., et al. | 1:93-cv-03426 |
| O'MAY, et al., v. A C&S, Inc., et al. | 1:93-cv-03427 |
| PARHAM, et al., v. A C&S, Inc., et al. | 1:93-cv-03428 |
| PUTTY, et al., v. A C&S, Inc., et al. | 1:93-cv-03429 |
| ROBERTSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03430 |
| SCHAMMEL, et al., v. A C&S, Inc., et al. | 1:93-cv-03431 |
| SHEPHERD, et al., v. A C&S, Inc., et al. | 1:93-cv-03432 |
| SHERROD, et al., v. A C&S, Inc., et al. | 1:93-cv-03433 |
| SIMMONS, et al., v. A C&S, Inc., et al. | 1:93-cv-03434 |
| SOBCZAK, et al., v. A C&S, Inc., et al. | 1:93-cv-03435 |
| TAYLOR, et al., v. A C&S, Inc., et al. | 1:93-cv-03436 |
| WALTON, et al., v. A C&S, Inc., et al. | 1:93-cv-03437 |
| WHITEHAIR, et al., v. A C&S, Inc., et al. | 1:93-cv-03438 |
| HORN MONN, et al., v. A C&S, Inc., et al. | 1:93-cv-03439 |
| ADEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03440 |
| ANDREWS, et al., v. A C&S, Inc., et al. | 1:93-cv-03441 |
| BALDWIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03442 |
| BARCIKOWSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03443 |
| BARNES, et al., v. A C&S, Inc., et al. | 1:93-cv-03444 |
| BOGERT, et al., v. A C&S, Inc., et al. | 1:93-cv-03445 |
| BUHRMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03446 |
| CARLINI, et al., v. A C&S, Inc., et al. | 1:93-cv-03447 |
| CARTER, et al., v. A C&S, Inc., et al. | 1:93-cv-03448 |
| CLARK, et al., v. A C&S, Inc., et al. | 1:93-cv-03449 |
| COCKERHAM, et al., v. A C&S, Inc., et al. | 1:93-cv-03450 |
| FOSTER, et al., v. A C&S, Inc., et al. | 1:93-cv-03451 |
| GAVEL, et al., v. A C&S, Inc., et al. | 1:93-cv-03452 |
| GLENN, et al., v. A C&S, Inc., et al. | 1:93-cv-03453 |
| HALL, et al., v. A C&S, Inc., et al. | 1:93-cv-03454 |
| HAMLIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03455 |
| HILSHER, et al., v. A C&S, Inc., et al. | 1:93-cv-03456 |
| BRADLEY-BROWN, et al., v. A C&S, Inc., et al. | 1:93-cv-03458 |
| LOMBARDO, et al., v. A C&S, Inc., et al. | 1:93-cv-03459 |

| | |
|---|---|
| MARTIN, et al., v. A C&S, Inc., et al. | 1:93-cv-03460 |
| MIGHT, et al., v. A C&S, Inc., et al. | 1:93-cv-03461 |
| FREEMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03462 |
| PERSINGER, et al., v. A C&S, Inc., et al. | 1:93-cv-03463 |
| PUCHALSKI, et al., v. A C&S, Inc., et al. | 1:93-cv-03464 |
| STEWART, et al., v. A C&S, Inc., et al. | 1:93-cv-03465 |
| STREET, et al., v. A C&S, Inc., et al. | 1:93-cv-03466 |
| VRHOVAC, et al., v. A C&S, Inc., et al. | 1:93-cv-03467 |
| WEAVER, et al., v. A C&S, Inc., et al. | 1:93-cv-03468 |
| BAKER, et al., v. A C&S, Inc., et al. | 1:93-cv-03469 |
| MARKS, et al., v. A C&S, Inc., et al. | 1:93-cv-03470 |
| METZ, et al., v. A C&S, Inc., et al. | 1:93-cv-03471 |
| MOORE, et al., v. A C&S, Inc., et al. | 1:93-cv-03472 |
| SHUMAKER, et al., v. A C&S, Inc., et al. | 1:93-cv-03473 |
| VAZZANA, et al., v. A C&S, Inc., et al. | 1:93-cv-03474 |
| SPIVEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03475 |
| TAYLOR, et al., v. A C&S, Inc., et al. | 1:93-cv-03476 |
| THOMPSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03477 |
| PALMER, et al., v. A C&S, Inc., et al. | 1:93-cv-03478 |
| QUEEN, et al., v. A C&S, Inc., et al. | 1:93-cv-03479 |
| RAY, et al., v. A C&S, Inc., et al. | 1:93-cv-03480 |
| REED, et al., v. A C&S, Inc., et al. | 1:93-cv-03481 |
| BROWN, et al., v. A C&S, Inc., et al. | 1:93-cv-03482 |
| BUCKLEY, et al., v. A C&S, Inc., et al. | 1:93-cv-03483 |
| BURNS, et al., v. A C&S, Inc., et al. | 1:93-cv-03484 |
| GENSLER, et al., v. A C&S, Inc., et al. | 1:93-cv-03485 |
| JACKSON, et al., v. A C&S, Inc., et al. | 1:93-cv-03486 |
| JEFFRIES, et al., v. A C&S, Inc., et al. | 1:93-cv-03487 |
| JONES, et al., v. A C&S, Inc., et al. | 1:93-cv-03488 |
| KELLY, et al., v. A C&S, Inc., et al. | 1:93-cv-03489 |
| COLEMAN, et al., v. A C&S, Inc., et al. | 1:93-cv-03490 |
| HARMON, et al., v. A C&S, Inc., et al. | 1:93-cv-03491 |
| MAYS, et al., v. A C&S, Inc., et al. | 1:93-cv-03492 |
| MEANS, et al., v. A C&S, Inc., et al. | 1:93-cv-03493 |
| MICKOLAJCZYK, et al., v. A C&S, Inc., et al. | 1:93-cv-03494 |
| MOORING, et al., v. A C&S, Inc., et al. | 1:93-cv-03495 |
| NAGEL, et al., v. A C&S, Inc., et al. | 1:93-cv-03496 |
| RAPPOLD, et al., v. A C&S, Inc., et al. | 1:93-cv-03497 |
| RICHARDS, et al., v. A C&S, Inc., et al. | 1:93-cv-03498 |
| ROBY, et al., v. A C&S, Inc., et al. | 1:93-cv-03499 |
| RODE, et al., v. A C&S, Inc., et al. | 1:93-cv-03500 |
| WILLIAMS, et al., v. A C&S, Inc., et al. | 1:93-cv-03501 |
| WILLS, et al., v. A C&S, Inc., et al. | 1:93-cv-03502 |
| ANDREWS, et al., v. A C&S, Inc., et al. | 1:93-cv-03503 |
| BOCEK, et al., v. A C&S, Inc., et al. | 1:93-cv-03504 |

| | |
|---|---|
| ALLEN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03505 |
| CHASE, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03506 |
| COLEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03507 |
| DORSEY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03508 |
| FREEMAN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03509 |
| HEATH, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03510 |
| HOWELL, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03520 |
| JACKSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03521 |
| JUDY, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03522 |
| KRAHN, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03523 |
| LAZOR, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03524 |
| OVER, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03525 |
| ROBERTSON, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03526 |
| WATERS, *et al.*, v. A C&S, Inc., *et al.* | 1:93-cv-03527 |